UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| PAULA B. AJISEFINNI,                 ) | |
|                                                      ) | |
|            *Plaintiff,*                       ) | Case No. 8:19-cv-03284-PX |
|                                                      ) | |
|    v.                                             ) | Jury Trial Demand |
|                                                      ) | |
| CLIFTON LARSON ALLEN, LLP,  ) | |
|                                                      ) | |
|            *Defendant.*                    ) | |
|                                                      ) | |

## NOTICE OF APPEARANCE

Will the Clerk of the Court please enter the appearance of Attorney David Branch of the Law Office of David A. Branch and Associates, PLLC, as counsel of record for Plaintiff, Paula B. Ajisefinni.

Date: May 4, 2021                              Respectfully submitted,

                                             */s/ David A. Branch*
                                     David A. Branch, Maryland Bar No.: 22862
                                     Law Office of David A. Branch & Associates, PLLC
                                     1828 L Street, N.W., Suite 820
                                     Washington, D.C. 20036
                                     Phone: (202) 785-2805
                                     Fax: (202) 785-0289
                                     Email: davidbranch@dbranchlaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that this 4th day of May 2021, that a copy of the foregoing was served electronically via the Court's CM/ECF e-filing system on counsel for Defendant listed below.

Paul Francis Evelius
Wright, Constable, and Skeen LLP
7 Saint Paul Street, 18th Floor
Baltimore, MD 21202-3812
Phone: (410) 659-1302
Fax: (410) 659-1350
Email: pevelius@wcslaw.com

*Counsel for Defendant,*
*Clifton Larson Allen, LLP.*

                                                               */s/ David A. Branch*
                                                                David A. Branch