IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| PAULA AJISEFINNI )<br>)<br>    Plaintiff )<br>)<br>v. )<br>)<br>CLIFTON LARSON ALLEN, LLP )<br>)<br>    Defendant )<br>_____) | Civil Action No: 8:19-cv-03284 DLB |

### AMENDED SCHEDULING ORDER

I have considered the Parties' Consent Motion to Amend the Scheduling Order, ECF 41, which is hereby **GRANTED**.

It is **Ordered** that:

1. All discovery requests shall be promulgated no later than **January 28, 2022**;

2. All discovery shall be completed, including depositions, no later than **March 31, 2022,** and a status report, as described in Part V of ECF 17, is due at the close of discovery; and

3. Substantive motions, including motions for summary judgment, shall be filed no later than **May 31, 2022**.

_September 23, 2021_  
Date

                                                    /s/  
Judge Deborah L. Boardman  
United States District Judge

Copies to:

Counsel of Record